UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE ANDRADE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN AIRLINES GROUP, INC., et al.,<br><br>　　　　Defendants. | Case No. 15-cv-03111-EDL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Joseph C. Spero for consideration of whether the case is related to <u>Lavin v. American Airlines, Inc.</u>, 15-cv-03090-JCS.

　　　　**IT IS SO ORDERED.**

Dated: July 8, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge